# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TERRENCE K. WILLIAMSON,      )
                 )
         **Plaintiff,**      )
                 )
         v.              )
                 )    **Civil Case No. 07-1471 (RJL)**
HILLARY RODHAM CLINTON,      )
                 )
         **Defendant.**      )
                 )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 24 day of September, 2010, it is hereby

**ORDERED** that the Motion for Summary Judgment by defendant Hillary Rodham Clinton [#17] is **GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

12